

# THE THIRTEENTH COURT OF APPEALS

---

13-21-00307-CV

---

Lillian E. Smith

v.

Craig Hopper, as Permanent Guardian of The Estate of Margaret Virginia Landgrebe

---

On Appeal from the
County Court of Gonzales County, Texas
Trial Court Cause No. GU21-0140

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the party incurring the same.

We further order this decision certified below for observance.

March 11, 2022